# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-11481 FMO (MARx) | Date | December 22, 2025 |
|---|---|---|---|
| Title | Theo Lemasters v. Jeffrey Levy, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff: | Attorney Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Re: Subject Matter Jurisdiction

On November 25, 2025, plaintiff Theo Lemasters ("plaintiff"), proceeding pro se, filed his Complaint asserting various state law tort claims against Jeffery Levy and Ghoulies Worldwide LLC (collectively, "defendants").  (See Dkt. 1, Complaint at 3).  It appears that the allegations are insufficient to establish diversity jurisdiction.  See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) ("[A]n unincorporated association such as a partnership has the citizenships of all of its members.").  Accordingly, IT IS ORDERED THAT no later than **January 2, 2026**, plaintiff shall file a First Amended Complaint demonstrating the court's subject matter jurisdiction.  The Order to Show Cause will stand submitted upon the filing of a First Amended Complaint that addresses the issues raised in this Order on or before the date indicated above.  Failure to respond to this order to show cause by the deadline set forth above shall be deemed as consent to dismissal of the action without prejudice for lack of subject matter jurisdiction.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | vdr |